STATE OF NEW JERSEY v. GREGORY FARINICH.

November 2, 1981.

Petition for certification denied. (See 179 *N.J.Super.* 1)

STATE OF NEW JERSEY v. RICHARD NUNNEMAKER.

November 2, 1981.

Petition for certification granted.

STATE OF NEW JERSEY v. RONALD TEMPLE.

November 2, 1981.

Petition for certification denied.

ISABELLA PITCH v. MICHAEL A. PITCH.

November 2, 1981.

Petition for certification denied.

EMMETT D. HAMILTON v. ANTONIO F. RIVERA.

November 2, 1981.

Petition for certification denied.